# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JARED DROZE and<br>2) MATTHEW REYNA,<br><br>         Plaintiff,<br>v.<br>1) ALLIANCE HEALTH SOUTHWEST OKLAHOMA LLC;<br>2) MANGUM CITY HOSPITAL AUTHORITY DBA MANGUM REGIONAL MEDICAL CENTER; and<br>3) QUARTZ MOUNTAIN INVESTMENT LLC,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CIV-19-00175-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ALLIANCE HEALTH SOUTHWEST OKLAHOMA LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP

Pursuant to LCvR 7.1.1, the undersigned counsel of record for defendant, Alliance Health Southwest Oklahoma LLC ("Alliance Health"), hereby provides Alliance Health's Disclosure Statement Identifying Constituents of LLC or Partnership.  Specifically, Alliance Health is a Delaware limited liability company whose members are: Praxeo Health LLC, Alliance Management Group LLC and Greenfield Resources.

                    Respectfully submitted,

                    *s/ Mary P. Snyder*
                    Adam W. Childers, OBA #18673
                    Mary P. Snyder, OBA #31427

                    -- For the Firm --

CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
mary.snyder@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS ALLIANCE HEALTH SOUTHWEST OKLAHOMA LLC AND QUARTZ MOUNTAIN INVESTMENTS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2019, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Mark E. Hammons
Ambert L. Hurst
Kristin E. Richards
HAMMONS GOWENS HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK  73102
mark@hammonslaw.com
amber@hammonslaw.com
kristin@hammonslaw.com

Rodney C. Ramsey
Ramsey and Gray, P.C.
101 N. Robinson Avenue
Suite 725
Oklahoma City, OK  73102
rramsey@ramseygraypc.com


              *s/  Mary P. Snyder*
              Mary P. Snyder