# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JARED DROZE and<br>2) MATTHEW REYNA,<br><br>        Plaintiff,<br>v.<br>1) ALLIANCE HEALTH SOUTHWEST OKLAHOMA LLC;<br>2) MANGUM CITY HOSPITAL AUTHORITY DBA MANGUM REGIONAL MEDICAL CENTER; and<br>3) QUARTZ MOUNTAIN INVESTMENT LLC,<br><br>        Defendant. | Case No. CIV-19-00175-D |

## DEFENDANT QUARTZ MOUNTAIN INVESTMENT LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP

Pursuant to LCvR 7.1.1, the undersigned counsel of record for defendant, Quartz Mountain Investment LLC ("Quartz Mountain"), hereby provides Quartz Mountain's Disclosure Statement Identifying Constituents of LLC or Partnership. Specifically, Quartz Mountain is an Oklahoma limited liability company whose members are: Dr. Mark Henderson, Darrell Parke, Mark Stearns, Dr. Kamaran Missoumi, Dr. Brad Nelson, Dr. John Allen Buie and Mike Heachrel.

Respectfully submitted,

*s/ Mary P. Snyder*
Adam W. Childers, OBA #18673
Mary P. Snyder, OBA #31427

-- For the Firm --

CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
mary.snyder@crowedunlevy.com

**ATTORNEYS FOR DEFENDANTS
ALLIANCE HEALTH SOUTHWEST
OKLAHOMA LLC AND QUARTZ
MOUNTAIN INVESTMENTS LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of May, 2019, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Mark E. Hammons
Ambert L. Hurst
Kristin E. Richards
HAMMONS GOWENS HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK  73102
mark@hammonslaw.com
amber@hammonslaw.com
kristin@hammonslaw.com

Rodney C. Ramsey
Ramsey and Gray, P.C.
101 N. Robinson Avenue
Suite 725
Oklahoma City, OK  73102
rramsey@ramseygraypc.com

                                      *s/ Mary P. Snyder*
                                      Mary P. Snyder