## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARED DROZE, and<br>MATTHEW REYNA,<br><br>    Plaintiffs,<br><br>ALLIANCE HEALTH SOUTHWEST<br>OKLAHOMA, LLC; MANGUM CITY<br>HOSPITAL AUTHORITY d/b/a MANGUM<br>REGIONAL MEDICAL CENTER; and<br>QUARTZ MTN INVESTMENT, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-19-175-D<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR AGREED PROTECTIVE ORDER

**COME NOW** the parties, and respectfully move this Court to enter the Agreed Protective Order, submitted to this Court via email. In support of this Application, the parties show this Court as follows:

1. The parties have been and are currently engaged in written discovery and document production.

2. Certain documents and information have been requested in this case which the parties believe to be confidential.

3. The parties have agreed to protect against the disclosure of certain information to certain persons outside of this case through the proposed Agreed Protective Order.

1

**WHEREFORE**, all premises considered, the parties respectfully request this Court's approval of the proposed Agreed Protective Order, which will be submitted for the Court's consideration via email.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF JANUARY 2020.**

| | |
|---|---|
| s/Amber L. Hurst<br>Amber L. Hurst, OBA No. 21231<br>Hammons, Hurst & Assoc.<br>325 Dean A. McGee Ave.<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Facsimile: (405) 235-6111<br>Email: amber@hammonslaw.com<br>*Counsel for Plaintiffs* | s/Rodney C. Ramsey<br>*(signed by filing counsel with Mr. Ramsey's permission)*<br>Rodney C. Ramsey, OBA #10450<br>Ramsey and Gray, P.C.<br>101 N. Robinson Avenue, Suite 725<br>Oklahoma City, OK 73102<br>(405) 239-2393<br>rramsey@ramseygraypc.com<br>*Counsel for Defendant Mangum Regional Medical Center* |
| | s/Mary P. Snyder<br>*(signed by filing counsel with Ms. Snyder's permission)*<br>Adam W. Childers, OBA #18673<br>Mary P. Snyder, OBA #31427<br>CROWE & DUNLEVY<br>A Professional Corporation<br>Braniff Building<br>324 N. Robinson Ave., Suite 100<br>Oklahoma City, OK 73102-8273<br>(405) 235-7700<br>(405) 239-6651 (Facsimile)<br>adam.childers@crowedunlevy.com<br>mary.snyder@crowedunlevy.com<br>*Attorneys for Defendants Alliance Health Southwest Oklahoma, LLC and Quartz Mountain Investments, LLC* |